IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 95-B-2481

ALLEN FISTELL,
    Plaintiff,

v.

JOHN SUTHERS, et. al.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2012

GREGORY C. LANGHAM
                    CLERK

## MOTION FOR A CONTEMPT CITATION AND REQUEST FOR DAMAGES

The Plaintiff, Allen Fistell, pro se, hereby requests that this Court issue a contempt citation against the Defendants for violating this Courts Order by refusing to provide Plaintiff with Kosher Meals. Plaintiff states the following in support of this motion:

Claims/Facts:

On 7-10-12 the Sterling Correctional Facility (here after S.C.F.) refused to provide the Plaintiff with Kosher Meals while the facility was on lock down. The Plaintiff was told at breakfast and lunch that he would not be given his Kosher Meals and that if he wanted to eat he should take a normal non-kosher tray (by cell house and security staff). Plaintiff informed the facility staff that his Kosher Meals were Court Ordered, and was told that Food Service Lt. said because we are on lockdown they do not have to serve any diets, including my court ordered Kosher Religious Diet.

At evening/dinner meal the facility had returned to normal operation (facility was back to normal operation at 2pm). At the evening Dinner meal Plaintiff ask to speak to the Food Service Capt. or Lt. concerning being denied Kosher Meals for Breakfast and

lunch. Lt. Bradyhoff (spelling maybe incorrect) came to the food service line and told Plaintiff that he was given an opportunity to eat and refused to eat what was provided. Plaintiff informed Lt. Bradyhoff that he keeps strictly kosher and cannot eat non-kosher foods. Also that his Kosher Diet is Court Ordered and must be provided at all meals. Lt. Bradyhoff told Plaintiff that "per Headquarters they did not have to serve his Kosher Diet." Lt. Bradyhoff refused to give Plaintiff any foods to replace the two meals he was denied. This excuse of blaming "Headquarters" as the reason for denying the Plaintiff his Court Ordered Kosher Diet is reminiscent of the German solders claims during the Holocaust, "I was ordered to do it." The Food Service Staff at S.C.F. are well aware that the Plaintiffs' Kosher diet is Court Ordered, as such the staff at S.C.F. Food Service cannot fully blame "Headquarters" for denying the Plaintiff his Court Ordered Kosher Diet. As the staff are aware of this Courts Order they are personally responsible for their actions in violating this Courts Order in this case.

## HISTORY

The Plaintiff has been on the Kosher Diet since March of 1998 when this Court granted the preliminary injunction. On January 27, 2000 this Court entered a permanent injunction against the Defendants requiring Defendants or their agents to provide Plaintiffs with a diet that complies with the Kosher Dietary requirements of Orthodox Judaism, at no cost to Plaintiffs. Since March of 1998 when this Court ordered the Defendants to provide a Kosher Diet to the Plaintiff, the Plaintiff has continually shown his sincerity, Plaintiff has kept strictly Kosher and has never had a diet report (a DOC report stating Plaintiff has violated his religious diet contract or religious dietary laws).

Since March of 1998 the Plaintiff has been in DOC facilities that have been on lockdown, probably close to 100 times (including many times here at the Sterling Correctional Facility) and during all these lockdowns Plaintiff has never before been denied his Kosher Diet.

## ARGUMENT

The Sterling Correctional Facility staff giving Plaintiff a choice of eating non-kosher meals or not eating at all, constitutes a Hobson's choice rather than a true alternative. Plaintiff keeps strictly Kosher and as such cannot be forced to eat non-kosher foods, or to go without eating at all. Plaintiff when given this "choice", choose to follow his religious beliefs and did not except or eat the non-kosher foods being forced on him by Sterling Correctional Facility staff.

If the Defendants are allowed to do this unchecked this time, they will do this any/every time they wish violating the Plaintiffs First Amendment Rights as well as this Courts Order in this case. This time Plaintiff was only denied two meals, but the Plaintiff has been in facilities on lockdown for two weeks or more. If Plaintiff is denied his kosher meals for any time it will cause him health concerns which could cause him to have the choice of health/life and his religious beliefs, this too is a Hobson's choice. This is a choice just like the choice given the Jews during the Holocaust. Now the Plaintiff knows that this analogy is not in any way equal, but the attitude of the DOC staff is the same as that of the Nazis', "Jews do not deserve anything."

Wherefore, the Plaintiff prays that this Court will issue a Contempt Citation and grant damages in the amount this Court deems appropriate.

Respectfully Submitted,

Allen Fistell, #63253
S.C.F. CH-1
P.O. Box 6000
Sterling, CO 80751

3.

4.

## CERTIFICATE OF MAILING

The undersigned certifies that a true and correct copy of the foregoing Motion for a Contempt Citation was deposited this 11th day of July, 2012, in the U.S. Mail, First Class Postage prepaid to the below individuals:

Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203-1730

SIGNED: *[signature]*
Allen Fistell, #63253